# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZAN MCGARY, M.D.,<br>    Plaintiff | :<br>: CIVIL ACTION NO: 4:12-cv-01742-MWB<br>: |
| v. | :<br>: Honorable Matthew W. Brann |
| WILLIAMSPORT REGIONAL<br>MEDICAL CENTER;<br>SUSQUEHANNA HEALTH SYSTEM;<br>GEORGE MANCHESTER, M.D.;<br>SCOTT CROLL, M.D.;<br>JOHN BURKS, M.D.; and<br>MARK A. OSEVALA, D.O.<br>    Defendants | :<br>: Magistrate Judge William I. Arbuckle III<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED |

## ORDER

AND NOW this 20th day of October, 2015, upon consideration of the Motion for Extension of Case Management Deadlines filed by Plaintiff, Suzan McGary, M.D., seeking a nine month extension of the deadlines set forth in the December 9, 2014 Case Management Order (Doc. 29), it is hereby DETERMINED and ORDERED that said Motion is GRANTED. A revised Case Management Order is as follows:

February 19, 2016 – Fact Discovery to be complete;

February 19, 2016 – Plaintiff's Expert Reports due;

April 19, 2016    - Defendants' Expert Reports due;

May 3, 2016      - Supplemental Expert Reports due;

May 27, 2016     - Dispositive Motions due.

BY THE COURT:

_____
WILLIAM I. ARBUCKLE, III
U.S. MAGISTRATE JUDGE