# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SUZAN MCGARY, M.D.,

  Plaintiff.

   v.

WILLIAMSPORT REGIONAL
MEDICAL CENTER, et al.,

  Defendants.

No. 4:12-CV-01742

(Judge Brann)

(Magistrate Judge Arbuckle)

## ORDER

**MAY 22, 2018**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 41, is **GRANTED**.

2. The Report and Recommendation of Magistrate Judge William I. Arbuckle, ECF No. 51, is **ADOPTED IN PART** and **REJECTED IN PART**.

3. The Clerk of Court is directed to enter judgment in favor of Defendants and close this case.

      BY THE COURT:


      *s/ Matthew W. Brann*
      Matthew W. Brann
      United States District Judge