UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2212
_____

SUZAN MCGARY, M.D.,
      Appellant

v.

WILLIAMSPORT REGIONAL MEDICAL CENTER;
SUSQUEHANNA HEALTH SYSTEM; GEORGE MANCHESTER, M.D.;
SCOTT CROLL, M.D.; JOHN BURKS, M.D.; MARK A. OSEVALA, D.O.

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 4-12-cv-1742)
District Judge: Hon. Matthew W. Brann

_____

Submitted Under Third Circuit LAR 34.1(a)
January 22, 2019

Before: JORDAN, KRAUSE, and ROTH, *Circuit Judges.*

_____

JUDGMENT

_____

  This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on January 22, 2019. On consideration whereof,

It is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on May 22, 2018, is hereby AFFIRMED.  All of the above in accordance with the opinion of the Court.  Costs to be taxed against Appellant.

                            ATTEST:

                            s/ Patricia S. Dodszuweit
                            Clerk

DATED:  June 6, 2019

Costs taxed on behalf of Appellees John Burks, Scott Croll, George Manchester, Mark A. Osevala, Susquehanna Health and Williamsport Regional Medical Center as follows:

        Brief           $134.46

        **TOTAL**      **$134.46**

Certified as a true copy and issued in lieu of a formal mandate on   06/28/2019

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**